INVESTORS MORTGAGE COMPANY, INC. *v.*
HERBERT SMITH ET AL.

The defendant Herbert Smith's petition for certification for appeal from the Appellate Court, 32 Conn. App. 904 (AC 12252), is denied.

*Herbert Smith,* pro se, in support of the petition.

*Ronald D. Japha,* in opposition.

Decided December 3, 1993

CONNECTICUT NATIONAL BANK *v.* L & R REALTY ET AL.

The defendants' petition for certification for appeal from the Appellate Court (AC 12558) is denied.

*Frank C. White, Jr.,* in support of the petition.

*Douglas M. Evans,* in opposition.

Decided December 22, 1993

STEWART S. DANZIGER ET AL. *v.* IDA J. SHAKNAITIS

The plaintiff Rita Johnson's petition for certification for appeal from the Appellate Court, 33 Conn. App. 6 (AC 12009), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court lacked subject matter jurisdiction because the plaintiff's motion to amend the return date, having been filed after the original return date, could not be granted pursuant to Connecticut General Statutes § 52-72?"*

The Supreme Court docket number is SC 14872.

*Albert Carocci,* in support of the. petition.

Decided December 22, 1993

---

* It is hereby ordered, sua sponte, that the judgment of the Appellate Court in the captioned matter be summarily reversed in light of this court's decision in *Concept Associates, Ltd.* v. *Board of Tax Review,* 229 Conn. 618, 626 (1994), and the case is remanded to that court with direction to remand the case to the trial court with direction to vacate its order granting the defendant's motion for summary judgment as to Rita Johnson. July 7, 1994.